UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br>　　　　Petitioner,<br>　　v.<br>SUPERIOR COURT OF CALIFORNIA - HUMBOLDT COUNTY,<br>　　　　Respondent. | Case No. 17-cv-04330-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus, but only if he suffers a conviction and only after he exhausts state court remedies for each claim he wishes to present in in a federal habeas petition.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 20, 2017

_____
SUSAN ILLSTON
United States District Judge